**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X

GS HOLISTIC, LLC

**Plaintiff(s),**

**- against -**

1:25 **Civ.** CV.04758(LAP)

**CLERK'S CERTIFICATE OF DEFAULT**

PREM CONVENIENCE & GROCERY INC d/b/a PREM CONVENIENCE and KAMLESH SHAH

**Defendant(s),**
- ---------------------------------------------------------- X

**I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on** June 5, 2025 **with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s)** KAMLESH SHAH **by personally serving** KAMLESH SHAH ***and proof of service was therefore filed on*** **August 6, 2025**, ***Doc. #(s)*** **13.**

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

**______________, 20___**

**TAMMI M. HELLWIG**
**Clerk of Court**

**By: ___________________________**
**Deputy Clerk**