UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

GS Holistic, LLC,

                    Plaintiff(s),    :

         -against-

Prem Convenience & Grocery
Inc.,
                    Defendant(s).    :

------------------------------------x

25 CV 4768 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

         Counsel shall confer and inform Judge Preska by letter no later than _March 30, 2026_ of the status of the action/remaining claims/defendants.


SO ORDERED.


                              _____
                              LORETTA A. PRESKA,

                              Senior U.S.D.J.


Dated: 3/23/26

New York, New York